# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

A.P. MOLLER-MAERSK A.S.,

    Plaintiff,

v.                                        Case No. 8:09-cv-2282-T-30MAP

ALFA ENTERPRISES USA, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

The Court has been advised via a Notice of Settlement and Motion for Dismissal with the Court to Retain Jurisdiction to Reopen the Case for Purposes of Enforcing Stipulation for Entry of Judgment (Dkt. #7) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that the Notice of Settlement and Motion for Dismissal with the Court to Retain Jurisdiction to Reopen the Case for Purposes of Enforcing Stipulation for Entry of Judgment (Dkt. #7) is granted to the extent that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action on or before October 15, 2010, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After October 15, 2010, however, dismissal shall be with prejudice, with each party to bear its own fees and costs. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on December 10, 2009.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2009\09-cv-2282.dismissal 7.wpd